## CRUMLEY *v.* THE STATE.

EVANS, J. No error of law is alleged to have been committed ; and the evidence was sufficient to authorize the verdict, which was approved by the trial judge. The judgment overruling the motion for a new trial is
*Affirmed.    All the Justices concur.*

Submitted April 21, — Decided May 10, 1904.

Accusation of selling liquor without license.    Before Judge Crisp.    City court of Americus.    February 1, 1904.

*J. R. Williams,* for plaintiff in error.
*J. A. Ansley Jr., solicitor,* contra.